■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. DAVID LAWRENCE, Petitioner, v SUSAN T. KLUEWER et al., Respondents. [46 NYS3d 427]—

**[Decision previously reported at this citation has been recalled and vacated and a new decision issued (*see* 148 AD3d 941 [2017]).]**